UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VEGA, JR., | Case No. 1:22-cv-00471-JLT-EPG (PC) |
| Plaintiff, | |
| v. | ORDER *SUA SPONTE* EXTENDING DEADLINE TO FILE A RESPONSIVE PLEADING |
| M. SOTO, et al., | |
| Defendants. | (ECF No. 22) |

  Plaintiff Francisco Vega, Jr., is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 15, 2022, the Court granted Defendants an extension to December 12, 2022, to file a responsive pleading. (ECF No. 22). However, this deadline has passed without Defendants filing a responsive pleading or further extension request.

  The Court is aware that Defendants have contacted the ADR Coordinator to participate in an early settlement conference. Perhaps Defendants believe that their upcoming participation in a settlement conference has stayed their requirement to file a responsive pleading. However, as noted in the Court's August 2, 2022 order regarding an early settlement conference, "[n]othing in [that] order extends Defendant(s)' deadline to file a responsive pleading, but Defendant(s) may file a motion to extend the deadline to respond to the complaint." (ECF No. 20, p. 2, n.2).

\\\

\\\

1

Accordingly, IT IS ORDERED that Defendants shall have an extension to December 22, 2022, to file a responsive pleading or file a motion to extend the deadline to respond to the complaint.

IT IS SO ORDERED.

Dated:  **December 13, 2022**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE