UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VEGA, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. SOTO, et al.,<br><br>　　　　　Defendants. | 1:22-cv-000471-JLT-EPG (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 77). |

　　　　Plaintiff Francisco Vega, Jr., is a state prisoner proceeding *pro se* in this civil rights action. This case proceeds on Plaintiff's First Amendment retaliation claims against Defendants Soto, Noujaime, and Borba. (ECF No. 15).

　　　　On December 15, 2023, the Court issued an order, granting in part, Plaintiff's motion to compel. (ECF No. 68). As part of this order, the Court permitted Plaintiff to serve requests for production on Defendants by no later than February 6, 2024, and directed Defendants to respond to such requests within 30 days after they were first served. (*Id.* at 17).

　　　　Now before the Court is Plaintiff's request for an extension to February 20, 2024, to serve requests for production. (ECF No. 77). As grounds, Plaintiff states that various circumstances at his prison have limited his access to the law library, and a two-week extension will allow him to properly file requests for production.

\\\

\\\

1

Upon review, IT IS ORDERED as follows:

1. Plaintiff's motion for extension of time (ECF No. 77) is granted.
2. By no later than February 20, 2024, Plaintiff is permitted to serve requests for production on Defendants.
3. Defendants shall respond to such requests within 30 days after they are first served.

IT IS SO ORDERED.

Dated:  **February 7, 2024**                    /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE