UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VEGA, JR.,

          Plaintiff,

    v.

M. SOTO, et al.,

          Defendants.

1:22-cv-00471-JLT-EPG (PC)

ORDER REQUIRING DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PERMISSION TO ORALLY DEPOSE WITNESSES

(ECF No. 81).

      Plaintiff Francisco Vega, Jr., is a state prisoner proceeding *pro se* in this civil rights action. This case proceeds on Plaintiff's First Amendment retaliation claims against Defendants Soto, Noujaime, and Borba. (ECF No. 15). Before the Court is Plaintiff's motion to orally depose two witnesses—Jonathan Miller, a current inmate at Valley State Prison, and Javier Robles, a former inmate who lives in Salinas, California. (ECF No. 81).

      Upon review of the motion, IT IS ORDERED that, by no later than February 27, 2024, Defendants shall file any response to Plaintiff's motion. (ECF No. 81).

IT IS SO ORDERED.

Dated:   **February 20, 2024**         /s/ *Erin P. Grosjean*

                                  UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28