# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VEGA, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. SOTO, et al.,<br><br>　　　　Defendants. | 1:22-cv-00471-JLT-EPG (PC)<br><br>ORDER REQUIRING DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PERMISSION TO ORALLY DEPOSE WITNESS<br><br>(ECF No. 88). |

　　　　Plaintiff Francisco Vega, Jr., is a state prisoner proceeding *pro se* in this civil rights action. This case proceeds on Plaintiff's First Amendment retaliation claims against Defendants Soto, Noujaime, and Borba. (ECF No. 15). Before the Court is Plaintiff's motion to orally depose an inmate witness named James Prado. (ECF No. 88).

　　　　Upon review of the motion, IT IS ORDERED that, by no later than March 15, 2024, Defendants shall file any response to Plaintiff's motion. (ECF No. 88).

IT IS SO ORDERED.

　　Dated:　__**March 8, 2024**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1