**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FRANCISCO VEGA, JR.,                                  Case No. 1:22-cv-00471-JLT-EPG (PC)

      Plaintiff,

  v.

M. SOTO, *et al.*,

      Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

Francisco Vega, Jr., CDCR # G-18832, a necessary and material witness in a settlement conference in this case on May 11, 2026, is confined at the California Substance Abuse Treatment Facility (CSATF), in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by Zoom video conference from his place of confinement, on May 11, 2026, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. The Zoom video conference connection information will be distributed the week prior to the necessary participants, including Plaintiff's purported counsel, Attorney Adrienne Dell. (*See* ECF No. 155).

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California Substance Abuse Treatment Facility at (559) 992-7101 or via email (CDCRSATFLitigationCoordinator@cdcr.ca.gov).

4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

5.  The Clerk of Court is directed to mail a copy of this order and writ to Attorney Dell at the address that Plaintiff has provided: 111 West St. John Street, Suite 1250, San Jose, California, 95113. (ECF No. 153, p. 1).

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CSATF, P.O. Box 7100, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.

Dated:   __**April 13, 2026**__                ___/s/ Erica P. Grosjean___
                                               UNITED STATES MAGISTRATE JUDGE

