UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VEGA, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>M. SOTO, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00471-JLT-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 159) |

On June 9, 2026, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 159). In light of the parties' stipulation, this action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

However, the Court retains jurisdiction for purposes of enforcing the terms of the parties' settlement for 180 days following this order. (*See* ECF No. 158).

IT IS SO ORDERED.

Dated: __**June 10, 2026**__         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1